

**3**

L. Bryant Jaquez, Esq.
California Bar No. 252125
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 10-01302

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

IN RE:

ARNULFO GONZALEZ,

DEBTOR.

Case No.: 09-17775 A-7
Chapter 7
DC No. MBB-001

**Hearing –**
Date: June 22, 2010
Time: 1:30 P.M.
Place: U.S. BANKRUPTCY COURT
2500 Tulare Street
Fresno, CA 93721-1318
Courtroom 11, Dept. A, 5th Floor

### MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8, its assignees and/or successor in interest ("Movant" herein), moves this Court for an Order terminating the Automatic Stay of 11 U.S.C. §362 as to Movant (and the Trustee under the Deed

1

of Trust securing Movant's claim) so that Movant (and its Trustee) may commence and continue all acts necessary to foreclose under the Deed of Trust secured by Debtor's property, generally described as **3218 East Home Avenue, Fresno, CA 93703** ("Property" herein).

Movant alleges the value of the Property to be approximately $85,780.00 based upon Schedule A-Real Property of the Debtor's Schedules. Attached hereto as **Exhibit "1"** is a copy of Schedule A-Real Property of the Debtor's Schedules. Movant requests that the Court take Judicial Notice, pursuant to Federal Rules of Evidence Rule 201, of the attached Exhibit as to the issue of value of the subject Property.

There is currently a second Trust Deed upon the Property in favor of CITIMORTGAGE, securing a Promissory Note in an unknown original amount. The present unpaid principal balance of said Note is $52,000.00 as listed on Schedule D-Creditors Holding Secured Claims of the Debtor's Schedules. Attached hereto as **Exhibit "2"** is a copy of Schedule D-Creditors Holding Secured Claims of the Debtor's Schedules.

Movant alleges that there appears to be no equity with respect to the subject Property, that Movant is not adequately protected, that the Property is not necessary for an effective reorganization, and that cause exists, in that Movant is not receiving its regular monthly payments, and/or that it would be unfair and inequitable to delay Movant in the foreclosure of Movant's interest in the subject Property. 11 U.S.C. Section 362(d).

Debtor is surrendering subject real property according to his Chapter 7 Individual Debtor's Statement of Intention (**Exhibit "3"**).

In the event neither Debtor nor Debtor's Counsel appear at a Hearing on this Motion, the Court may grant relief from the Automatic Stay permitting Movant to foreclose on the subject Property and obtain possession of such Property without further Hearing.

///

1       This Motion is made pursuant to Local Rule 4001-1. Any response must be in writing and in accordance with Local Rule 9014-1(f)(1)(ii).

      WHEREFORE, Movant prays for an order as follows:

(1)   For an Order granting relief from Automatic Stay, permitting Movant to move ahead with Foreclosure proceedings under Movant's Trust Deed, and to sell the subject Property at a Trustee's Sale under the items of said Trust Deed including necessary action to obtain possession of the Property.

(2)   For an Order waiving the 14-day stay provided by Bankruptcy Rule 4001(a)(3).

(3)   For an Order binding and effective despite any conversion of this bankruptcy case.

(4)   For such other relief as this Court deems appropriate.

      MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 5/21/10     By: /s/ L. Bryant Jaquez
                                  L. Bryant Jaquez, Esq.
                                  Attorney for Movant